M. David Graubard, Esq.
Kera & Graubard
Attorneys for Woodbury Real
  Estate Group, LLC, Creditor
240 Madison Avenue, 7th floor
New York, NY  10016
(212) 681-1600

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
In re:

              Case No. 1-12-40652

WOODBURY DEVELOPMENT, LLC,

     Debtor.
------------------------------------x

## DEBTOR'S CONSENT TO
## DISMISSAL OF CHAPTER 11 CASE

Pursuant to the terms of a Stipulation of Settlement between Woodbury Real Estate Group, LLC and the debtor Woodbury Development, LLC, "So Ordered" by the Bankruptcy Court on June 13, 2012;

The debtor Woodbury Development, LLC hereby consents to the dismissal of both the Chapter 11 Petition filed herein and the debtor's Chapter 11 case in general.

Dated:  Brooklyn, New York
     ~~June~~ July 12, 2012

              WOODBURY DEVELOPMENT, LLC

              By: _____
              Deborah Harfenes
              Managing Partner