```
                              United States Bankruptcy Court
                              Eastern District of New York
In re:                                                                  Case No. 12-40652-jf
Woodbury Development, LLC                                               Chapter 11
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0207-1          User: adobson               Page 1 of 2              Date Rcvd: Oct 04, 2012
                              Form ID: 227                Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2012.
db           +Woodbury Development, LLC,    1241 42nd Street,   Brooklyn, NY 11219-1336
smg          +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
               Brooklyn, NY 11201-3719
smg          +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,   Albany, NY 12205-0300
smg           NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,   Albany, NY 12201
smg          +United States of America,    Secretary of the Treasury,    15th Street & Pennsylvania Ave. NW,
               Washington, DC 20220-0001
7569661      +Aaron Chitrik,    730 Eastern Parkway,   Brooklyn NY 11213-3409
7544452      +Backenroth Frankel & Krinsky,    489 Fifth Avenue,    New York, NY 10017-6117
7544453      +Commisioner of Finance,    County of Orange, Gov. Center,    265 Main Street,
               Goshen, NY 10924-1619
7605573      +County of Orange, Commissioner of Finance,    30 Matthews Street,    Goshen, NY 10924-1963
7544454       NYS Dept of Tax & Finance,    Bankruptcy Unit,   PO Box 5300,    Albany, NY 12205-0300
7544455      +Ostrer & Hoovler PC,    111 Main Street,   PO Box 509,    Chester, NY 10918-0509
7644000      +TRC Engineers, Inc.,    c/o Andrew M. Johnson, Senior Counsel,    10 Maxwell Drive,   Suite 200,
               Clifton Park, New York 12065-2933
7544456      +TRC Engineers, Inc.,    7 Skyline Drive,   Hawthorne, NY 10532-2156
7544457      +United States Attorney,    Eastern District of New York,    147 Pierrepont Plaza,
               Brooklyn, NY 11201-2712
7544459      +Woodbury R.E. Group LLC,    c/o Ronald Silvato, Esq.,    10 Matthews Street,
               Goshen, NY 10924-1959

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Oct 04 2012 18:12:20      United States Trustee,
               Office of the United States Trustee,    271 Cadman Plaza East,    Brooklyn, NY 11201-1833
7650950       EDI: IRS.COM Oct 04 2012 18:13:00      Internal Revenue Service,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
7544458      +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Oct 04 2012 18:12:20      United States Trustee,
               271 Cadman Plaza East,   Brooklyn, NY 11201-1833
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Backenroth Frankel & Krinsky,    489 Fifth Avenue,   New York, NY 10017-6117
smg*          Internal Revenue Service,    PO Box 7346,   Philadelphia, PA   19101-7346
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 06, 2012                    Signature:    _Joseph Speetjens_

```
District/off: 0207-1           User: adobson              Page 2 of 2                  Date Rcvd: Oct 04, 2012
                               Form ID: 227               Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2012 at the address(es) listed below:

```
              Abraham    Backenroth    on behalf of Debtor   Woodbury Development, LLC abackenroth@bfklaw.com
              Mark A Frankel     on behalf of Debtor   Woodbury Development, LLC mfrankel@bfklaw.com,
               mark_frankel@yahoo.com;frankel.mark@gmail.com
              United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

Case 1-12-40652-jf    Doc 42    Filed 10/06/12    Entered 10/07/12 00:21:30

# United States Bankruptcy Court

Eastern District Of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−12−40652−jf |
| Woodbury Development, LLC | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 11 |
| 76−0722710 | |
| DEBTOR(s) | |

## NOTICE OF DISMISSAL OF CASE

### NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

The above−named debtor(s) having filed a Chapter 11 petition in bankruptcy on January 31, 2012 and an order having been entered by the Honorable Jerome Feller, United States Bankruptcy Judge, on October 3, 2012 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the clerk of court upon receipt of this notice.

Dated: October 4, 2012

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod** [Notice of Dismissal rev.9/23/02]