UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

WOODBURY DEVELOPMENT, LLC,                    NOTICE OF
                                              APPEARANCE

                   Debtor.                     Case No.
                                              1-12-40652-jf

-----------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that the Creditor, COUNTY OF ORANGE, COMMISSIONER OF FINANCE, hereby appears in the above entitled action, and that the undersigned is the attorney for said Creditor and demands that a copy of any and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:   May 9, 2013

                                                          _/s/ Susan Z. Stockburger_
                                                          SUSAN Z. STOCKBURGER
                                                          Assistant County Attorney
                                                          David L. Darwin
                                                          County Attorney for Orange County
                                                          Attorney for Creditor County of Orange,
                                                             Commissioner of Finance
                                                          15 Matthews Street, Suite 305
                                                          Goshen, New York 10924
                                                          (845) 291-3150

TO:

Mark A. Frankel
Backenroth Frankel & Krinsky LLP
489 Fifth Avenue, 28th Floor
New York, New York 10017

Woodbury Realty Group, LLC
Kera & Graubard, Esqs.
240 Madison Avenue, 7th Floor
New York, New York  10016